[No. 27507-4-II. Division Two. June 7, 2002.]

*In the Matter of the Estate of* FRANK S. ELLIOTT.

ESTATE OF FRANK S. ELLIOTT, *Respondent*, v. PATRICIA ELLIOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-4-00786-1, Frederick W. Fleming, J., entered June 8, 2001. *Affirmed in part* and *reversed in part* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

[No. 47038-8-I. Division One. June 10, 2002.]

CHRISTINE TRUJILLO, *Appellant*, v. GARY KRUPP, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-20273-0, R. Joseph Wesley, J., entered June 16, 2000. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 47474-0-I. Division One. June 10, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. FILEMON BOJORQUEZ-OCHOA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-01827-1, Jo Anne Alumbaugh, J. Pro Tem., entered September 8, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47546-1-I. Division One. June 10, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK E. RUSSELL, *Appellant*.

Appeal from judgments of the Superior Court for Whatcom County, No. 00-1-00732-1, David A. Nichols, J., entered October 5 and 31, 2000. *Reversed* by unpublished per curiam opinion.